1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, JORGE MARISCAL

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00169-DAD-BAM |
12 | Plaintiff, | **REVISED STIPULATION TO CONTINUE SENTENCING HEARING TO** |
13 | v. | **JUNE 19, 2017; ORDER THEREON** |
14 | JORGE MARISCAL, |
15 | Defendant. |

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the Sentencing Hearing in the above captioned matter

19 set for May 30, 2017, **be continued to June 19, 2017, at 10:00 a.m.**

20     The Sentencing Hearing was originally scheduled for May 30, 2017.  The Court moved it

21 to May 31, 2017, to accommodate their schedule.  Defense counsel scheduled another court

22 appearance on May 30th.  The Court moved Mr. Mariscal's Sentencing Hearing back to May 30,

23 2017, defense counsel now has a conflict on that date.

24 ///

25 ///

26 ///

27 ///

28 ///

                                    1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated: May 5, 2017    /s/ Carol Ann Moses
                      CAROL ANN MOSES
                      Attorney for Defendant,
                      JORGE MARISCAL

Dated: May 5, 2017    PHILLIP A. TALBERT
                      United States Attorney

                      /s/ Kimberly A. Sanchez
                      KIMBERLY A. SANCHEZ
                      Assistant United States Attorney

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for May 30, 2017, is continued until **June 19, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd**.

IT IS SO ORDERED.

Dated:  **May 5, 2017**              Dale A. Drozd
                                     UNITED STATES DISTRICT JUDGE